

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kelly Wayne Williams, Appellant

No. 06-16-00163-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. 48066). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Kelly Wayne Williams, pay all costs of this appeal.

RENDERED NOVEMBER 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk